UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
———————————————————————

STANLEY MARTIN ET AL

                  Plaintiff,

       v.

LOVELY ANN WARREN ET AL

              Defendant.
———————————————————————

<u>ORDER</u>

20-CV-6538-CJS-MJP

     Pursuant to the order of the Hon. Charles J. Siragusa, United States District Judge, referring the above case to the undersigned for pretrial procedures and the entry of a scheduling order as provided in Fed. R. Civ. P. Rule 16(b) and Local Rule 16, the parties are hereby directed to fully comply with Federal Rule of Civil Procedure 26.

     All parties are reminded that effective December 1, 2015, Rule 26 of the Federal Rules of Civil Procedure was amended.   These amendments address the scope and conduct of discovery.   **<u>All parties are expected to be familiar with and fully comply with the requirements of amended Rule 26 of the Federal Rules of Civil Procedure</u>**.

     Based on the foregoing, it is hereby

     **ORDERED** that each party, including any party appearing without counsel, shall appear before the undersigned on **December 29, 2020, at 10:30 a.m.,** 1360 United States Courthouse, 100 State Street, Rochester, New York for the purpose of entry of a scheduling order as required by Rule 16(b) of the Federal Rules of Civil Procedure; and it is further

     **ORDERED** that pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties shall confer at least 21 days prior to the Rule 16(b) conference as scheduled above for

the purpose of preparing the "Proposed Discovery Plan" (PDP) required by Rule 26(f)(3).   The

PDP shall be in writing and shall specifically address relevant issues concerning the management

of all pretrial discovery practice in this case, **including**:

1.  In his referral order, Judge Siragusa has specifically encouraged the parties to consider the provisions of 28 U.S.C. §636(c) governing consent to complete disposition of the case (including trial, if necessary) by this Court.   **The parties shall state in the PDP whether or not unanimous consent to Magistrate Judge jurisdiction has been agreed upon.**

2.  Deadline for compliance with the mandatory disclosure requirements found in Rule 26(a)(1) of the Federal Rules of Civil Procedure.   Any objections to the required disclosures must also be stated in the PDP.

3.  Deadline for the filing of motions to amend the pleadings or add parties.

4.  Deadline for completion of fact discovery.

5.  If expert discovery is contemplated by any party, a deadline for the completion of all expert discovery, including full compliance with Rule 26(a)(2) regarding the identification and filing reports of testifying experts.

6.  Deadline for the filing of motions to compel discovery.

7.  Any Orders that should be entered under Rule 26(c) (protective/confidentiality orders).

8.  Any changes in the limitations on discovery as provided in Rule 30 (oral depositions), and Rule 33 (interrogatories practice) and Rule 34 (document requests).

9.  Any issues that the parties reasonably foresee concerning discovery of electronically stored information, including the form or forms in which it should be produced.

10. Any agreements between the parties concerning assertions of claims of attorney-client privilege or work-product protection after

information is produced, including agreements reached under Federal Rule of Evidence 502.

11.     Deadline for the filing of dispositive motions.

12.     The advisability and timing of a judicially supervised settlement conference or other alternative dispute resolution, including mediation.

13.     The parties shall advise whether a jury trial is required and the estimated length of the trial.

After meeting, the parties shall prepare a written PDP as required by Rule 26(f) and **electronically file the PDP report with the Clerk's Office no later than 4 business days prior to the Rule 16(b) conference as herein scheduled**.    At the conclusion of the Rule 16(b) conference and after conferring with the parties, this Court will issue a scheduling order governing all further pretrial proceedings in this action.    Out-of-town attorneys may submit a letter requesting to participate in the Rule 16 conference by telephone.

The parties are reminded of their duty to preserve evidence, which "arises when the party has notice that the evidence is relevant to litigation or when a party should have known that the evidence may be relevant to future litigation."   *Fujitsu Ltd. v. Fed. Exp. Corp.*, 247 F.3d 423, 436 (2d Cir. 2001).

**IT IS SO ORDERED.**

/s/ Mark W. Pedersen
MARK W. PEDERSEN
United States Magistrate Judge

Dated: Rochester, New York
          November 25, 2020

3

# UNITED STATES DISTRICT COURT
Western District of New York

STANLEY MARTIN ET AL,

        Plaintiff

        v.

LOVELY ANN WARREN ET AL,

        Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE -
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

20-CV-6538-CJS-MJP

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment.   Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge.   If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

Party Represented                        Signatures                   Date

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to Mark W. Pedersen, United States Magistrate Judge, to conduct all proceedings and order the entry of Judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____     _____
           Date                                   United States District Judge

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.